# LAW OFFICES OF ERIC A. SHORE

*President*
Eric A. Shore

*Managing Associates*
*Employment / Civil Rights*
Graham F. Baird
Robert H. Graff
Donald J. McCarthy
Toni L. Telles

*Workers' Compensation / Personal Injury*
Dennis J. Gruenke ⌐

*ERISA Disability*
Linda M. Lopez

*Social Security / Veterans Disability*
Lisa Cunningham ❖

Two Penn Center, Suite 1240
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
Fax: 215-627-9426

20 Brace Road, Suite 325
Cherry Hill, NJ 08034
Fax: 856-427-4008

**1-800-CANT-WORK**

*Associates*

Raphael F. Castro
Yvette C. Cave ❖
Brian M. Doyle ❖
Mary LeMieux-Fillery
Gabrielle Muller ❖
Dennis C. Schmieder
Michael A. Shore

*Licensed*
PA  NJ  PA&NJ  DC&NJ  ⌐MD  ❖NY

August 24, 2021

The Honorable Jennifer P. Wilson
U.S. District Court
Middle District of Pennsylvania
228 Walnut Street,
P.O. Box 983
Harrisburg, PA 17108

RE:   Adams v. Devchand Hospitality, Inc., d/b/a Quality Inn
      1:20-cv-01349

The Honorable Jennifer P. Wilson:

I am writing to advise the Court that the Parties have reached an agreement in principle in the above referenced matter and a finalized settlement agreement with be forthcoming. In light of this, the Parties respectfully request the Court to cancel the status conference scheduled for tomorrow at 11:00 a.m.

Sincerely,

*[signature]*

**Mary LeMieux-Fillery, Esquire**
Associate Attorney
maryf@ericshore.com
Direct Dial: 267-546-0132

MLF/vh

www.1-800-CANT-WORK.com